1496

## MOTION DOCKET

**00–1030. Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 9, 2001, appellee filed a Suggestion of Bankruptcy. Upon consideration thereof,

IT IS ORDERED by the court that proceedings in this case be, and hereby are, stayed pending further order of this court.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellee shall file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

**00–2260. Columbus S. Power Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1729–EL–ETP and 99–1730–EL–ETP. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion for stay of enforcement of the portion of the entry on rehearing of the Public Utilities Commission of Ohio which is the subject of this appeal and the motion for leave to intervene as appellee by Robert S. Tongren, in his capacity as the Ohio Consumers' Counsel, or, in the alternative, notice of his filing of an *amicus* brief in support of the appellee,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

DOUGLAS, J., dissents.

IT IS FURTHER ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.